FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 2 7 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *

**vs.** * **Case No.** 26-mj-2309-DRM

**Donald Franklin Swope** *

******

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for August 28, 2026 *(date)* at 11:30am *(time)* before Douglas R. Miller, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at _________) (Other Custodial Official) and produced for the hearing.

Date: August 27, 2026

Douglas R. Miller
United States Magistrate Judge