**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 26-mj-02309-DRM** |
| | : | |
| **DONALD SWOPE** | : | |
| | : | |

# NOTICE OF APPEAL

Notice is hereby given that Donald Swope appeals to the United States Court of Appeals for the Fourth Circuit from the order of detention imposed in this case.

Respectfully submitted,

/s/

Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile: (410) 962-3976
Email: maggie_grace@fd.org