PCM: 2026R00616

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** SAG-26-305 |
| **v.** | * | |
| | * | **(Threats Against the President of the United States, 18 U.S.C. § 871; Influencing, Impeding, or Retaliating Against a Federal Official, 18 U.S.C. § 115; Forfeiture, 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c))** |
| **DONALD FRANKLIN SWOPE,** | * | |
| **Defendant** | * | |

*******

## INDICTMENT

### COUNT ONE
**(Threats Against the President of the United States)**

The Grand Jury for the District of Maryland charges:

On or about July 14, 2026, in the District of Maryland, and elsewhere, the defendant,

**DONALD FRANKLIN SWOPE,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, specifically the defendant made the following statement: "I will behead you Donald J. Trump and no longer will My people bare your mark!!"

18 U.S.C. § 871

**COUNT TWO**
**(Influencing, Impeding, or Retaliating Against a Federal Official)**

The Grand Jury for the District of Maryland further charges that:

On or about and between August 5, 2026 and August 21, 2026, in the District of Maryland and elsewhere, the defendant,

**DONALD FRANKLIN SWOPE,**

did knowingly and intentionally threaten to assault a United States official, with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the performance of official duties, to wit: United States Secret Service special agents.

18 U.S.C. §§ 115(a)(1)(B), (b)(4)

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count Two of this Indictment.

2. Upon conviction of the offense alleged in Count Two of this Indictment, the defendant,

**DONALD FRANKLIN SWOPE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

**Substitute Assets**

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes/pem
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

9/9/26
Date