==================================================================

# *UNITED STATES DISTRICT COURT*

## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

UNITED STATES OF AMERICA

v. CASE NO.: SAG-26-305

DONALD FRANKLIN SWOPE

* * * * * *

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Donald Franklin Swope. I certify that I am admitted to practice in this Court.

September 9, 2026
Date

/s/

MAGGIE GRACE (#29905)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Ninth floor
Baltimore, Maryland 21201
(410) 962-3962 (p)
(410) 962-3976 (f)
Email: maggie_grace@fd.org