FILED: October 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4470
(1:26-cr-00305-SAG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONALD FRANKLIN SWOPE

Defendant - Appellant

---

O R D E R

---

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Thacker with the concurrence of Judge Wilkinson and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk